UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOLANNEX, INC.,

        Plaintiff(s),

    v.

MIASOLE, INC.,

        Defendant(s).
_____/

No. C 11-0171 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Pursuant to Local Rule 72-1 and the consent of the parties, this matter is referred to Magistrate Judge Paul Grewal for all purposes including trial and entry of judgment.

The parties will be advised of the date, time and place of the next appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: February 18, 2011

                                                _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge

cc: Sue, PSG