QUINN EMANUEL URQUHART & SULLIVAN, LLP
Claude M. Stern (SBN 96737)
claudestern@quinnemanuel.com
Ray R. Zado (SBN 208501)
rayzado@quinnemanuel.com
Anna T. Neill (SBN 270858)
annaneill@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for MIASOLÉ, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLANNEX, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MIASOLÉ, INC.,<br><br>　　　　　　Defendant. | **Case No. 11-CV-0171 (PSG)**<br><br>XXXXXXXXXXXXX ORDER CONTINUING STATUS CONFERENCE TO MARCH 15, 2011 AT 2:00 PM |

IT IS HEREBY ORDERED that the status conference set for Monday, February 28, 2011 at 1:30 pm in the above-captioned case be continued to Tuesday, March 15, 2011 at 2:00 pm.

February 28, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Paul S. Grewal
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge