Michael E. Dergosits (State Bar No. 118206)
Igor Shoiket (State Bar No. 190066)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone:     (415) 705-6377
Facsimile:     (415) 750-6383
Email: mdergosits@dergnoah.com
Email: ishoiket@dergnoah.com

Edward W. Goldstein (TX Bar No. 08099500)
Alisa Lipski (TX Bar No. 24041345)
Califf T. Cooper (TX Bar No. 24055345)
GOLDSTEIN & VOWELL, LLP
1177 West Loop South, Suite 400
Houston, Texas 77027
Telephone: (713) 877-1515
Facsimile:  (713) 877-1737
Email: egoldstein@gviplaw.com
Email: alipski@gviplaw.com
Email: ccooper@gviplaw.com

Attorneys for Plaintiff
SOLANNEX, INC.

Claude M. Stern (Bar No. 96737)
Ray Zado (Bar No. 208501)
Anna T. Neill (Bar No. 270858)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email: rayzado@quinnemanuel.com
Email: annaneill@quinnemanuel.com

Attorneys for Defendant and Counterclaim
Plaintiff MIASOLÉ, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| SOLANNEX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MIASOLÉ, INC., a California corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.: 5:11-cv-00171 PSG

XXXXXXXXXXX ] **ORDER GRANTING
LEAVE TO FILE AMENDED
COMPLAINT**

– 1 –

1

2 **IT IS HEREBY ORDERED** that the Court grants leave for Solannex to file the First

3 Amended complaint that was attached to Solannex's Motion For Leave To File Amended

4 Complaint, filed on April 25, 2011.

5

6

7 Dated:  May _2_, 2011

8 Hon. Paul S. Grewal
   United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT
Civil Action No. 5:11-cv-00171 PSG