UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLANNEX, INC., ) | Case No.: C 11-00171 PSG |
| )  Plaintiff, ) | **AMENDED CASE MANAGEMENT ORDER** |
| v. ) | |
| MIASOLE, INC., ) | |
| )  Defendant. ) | |

On May 3, 2011, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' joint case management statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the joint case management statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is August 1, 2011.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

IT IS FURTHER ORDERED that the parties shall participate in private mediation.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| | |
|---|---|
| Last Day for Rule 26(f) Conference | April 5, 2011 |
| Last day for Rule 26(a) Initial Disclosures | April 19, 2011 |
| Initial Case Management Conference | May 3, 2011 |
| Last Day for Plaintiff's Disclosure of Asserted Claims and Infringement Contentions (Patent L.R. 3-1) and Related Documents (Patent L.R. 3-2) | May 10, 2011 |
| Last Day for Defendant's Invalidity Contentions (Patent L.R. 3-3) and Related Document Production (Patent L.R. 3-4) | June 24, 2011 |
| Last Day for the Exchange of Proposed Terms and Claim Elements for Construction (Patent L.R. 4-1(a)) | July 8, 2011 |
| Last Day for the Exchange of Preliminary Proposed Claim Construction and Extrinsic Evidence (Patent L.R. 4-2) | July 15, 2011 |
| File Joint Claim Construction Statement (Patent L.R. 4-3)– limited to 10 terms unless leave of court granted | July 22, 2011 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | August 22, 2011 |
| Last Day for Plaintiff's Opening Claim Construction Brief (Patent L.R. 4-5(a)) | Aug. 29, 2011 |
| Last Day for Defendant's Opposing Claim Construction Brief (Patent L.R. 4-5(b)) | Sept. 13, 2011 |
| Last Day for Plaintiff's Reply Claim Construction Brief (Patent L.R. 4-5()) | Sept. 20, 2011 |
| Tutorial and Claims Construction Hearing | October 4, 2011 |
| Further Joint Case Management Report | within 30 days of claim construction ruling |
| Advice of Counsel Disclosure | 50 days after claim construction ruling |
| Fact Discovery Cutoff | February 3, 2012 |
| Designation of Opening Experts with Reports | February 10, 2012 |
| Designation of Rebuttal Experts with Reports | February 24, 2012 |
| Expert Discovery Cutoff | March 9, 2012 |
| Deadline(s) for Filing Discovery Motions | *See* Civil Local Rule 37-3 |
| Last Day for Dispositive Motion Hearing[1] | 10:00 a.m. on April 17, 2012 |
| Final Pretrial Conference | 2:00 p.m. on May 29, |

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

ORDER, *page 2*

2012

Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on June 11, 2012

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated:   May 15, 2011

PAUL S. GREWAL
United States Magistrate Judge

---

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."