QUINN EMANUEL URQUHART & SULLIVAN, LLP
Claude M. Stern (SBN 96737)
claudestern@quinnemanuel.com
Ray R. Zado (SBN 208501)
rayzado@quinnemanuel.com
Anna T. Neill (SBN 270858)
annaneill@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for MIASOLÉ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLANNEX, INC., <br><br> Plaintiff, <br><br> v. <br><br> MIASOLÉ, <br><br> Defendant. | **Case No. 11-CV-0171 (PSG)** <br><br> XXXXXXXXXXX **] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |

IT IS HEREBY ORDERED that the Court grants leave for Solannex to file the Second Amended Complaint that was attached to the Stipulation for an Order Granting Plaintiff Leave to File a Second Amended Complaint, filed May 24, 2011.

Dated: __ May 25, 2011 _____

/s/ Paul S. Grewal
Hon. Paul S. Grewal
United States Magistrate Judge