| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Claude M. Stern (Bar No. 96737)<br>  claudestern@quinnemanuel.com<br>  Ray Zado (Bar No. 208501)<br>  rayzado@quinnemanuel.com<br>  Anna T. Neill (Bar No. 270858)<br>  annaneill@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California  94065-2139<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Attorneys for Defendant MIASOLÉ | DERGOSITS & NOAH LLP<br>  Michael E. Dergosits (State Bar No. 118206)<br>  mdergosits@dergnoah.com<br>  Igor Shoiket (State Bar No. 190066)<br>  ishoiket@dergnoah.com<br>Three Embarcadero Center, Suite 410<br>San Francisco, CA 94111<br>Telephone: (415) 705-6377<br>Facsimile: (415) 750-6383<br><br>GOLDSTEIN & VOWELL, LLP<br>  Edward W. Goldstein (TX Bar No. 08099500)<br>  egoldstein@gviplaw.com<br>  Alisa Lipski (TX Bar No. 24041345)<br>  alipski@gviplaw.com<br>  Califf T. Cooper (TX Bar No. 24055345)<br>  ccooper@gviplaw.com<br>1177 West Loop South, Suite 400<br>Houston, Texas 77027<br>Telephone: (713) 877-1515<br>Facsimile: (713) 877-1737<br><br>Attorneys for Plaintiff SOLANNEX, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLANNEX, INC.,<br><br>          Plaintiff,<br><br>     vs.<br><br>MIASOLÉ<br><br>          Defendant. | CASE NO. 11-CV-0171 (PSG)<br><br>**STIPULATION AND** xxxxxxxxxxxxxx **ORDER ENLARGING TIME FOR PATENT L.R. 3-3 AND 3-4 DISCLOSURES**<br><br>[Civil L.R. 6-1, 6-2]<br><br>Honorable Paul S. Grewal<br>United States District Judge |

03996.51801/4218646.1

Case No. 11-CV-0171 (PSG)
STIPULATION AND [PROPOSED] ORDER ENLARGING TIME

Pursuant to Civil Local Rules 6-1 and 6-2, Defendant MiaSolé and Plaintiff Solannex, Inc. ("Solannex") respectfully request that the Court enter the following stipulation regarding the schedule set forth in the May 15, 2011 Amended Case Management Order (Dkt. 57) for Plaintiff's Infringement Contentions and Defendant's Invalidity Contentions.  The parties now AGREE AND STIPULATE to extend the deadline for Defendant to serve their Invalidity Contentions and associated production from June 24, 2011 to July 11, 2011.

1. Reason for the Request

On June 10, 2011, MiaSolé sent a letter to Solannex requesting that Solannex supplement its Infringement Contentions (Patent L.R. 3-1, 3-2).  Specifically, MiaSolé requested that Solannex provide greater specificity regarding how Solannex contends that the MiaSolé device allegedly meets certain limitations of the patents-in-suit.  Solannex agreed to provide the requested supplementation to add such level of detail to its contentions, and indicated that it would serve such supplemental contentions on MiaSolé on Monday, June 27, 2011.

To provide MiaSolé the ability to review Solannex's supplemental contentions prior to serving its Invalidity Contentions on Solannex, the parties agreed to provide Miasolé until July 11, 2011 to submit its Patent L.R. 3-3 Invalidity Contentions and Patent L.R. 3-4 disclosures.

2. Prior Time Modifications

The time for MiaSolé to answer or otherwise respond to the Complaint was previously extended by 30 days.  The Initial Status Conference was previously extended by 15 days from February 28 to March 15.  The Case Management Conference was previously extended one week from April 26, 2011 to May 3, 2011.

3. Effect of Requested Modification

The requested modification will have no effect on the schedule in this action.  The parties are currently negotiating modifications to the dates for the currently scheduled Patent L.R. 4-1 – 4-3 exchanges.  However, these extensions currently under discussion will have no effect of the Patent L.R. 4-4 disclosures, or any subsequent deadlines in this case.

So Stipulated.

1
2  DATED: June 24, 2011                QUINN EMANUEL URQUHART &
3                                      SULLIVAN, LLP
4
                                       By  /s/ *Ray Zado*
5
                                          Claude M. Stern (Bar No. 96737)
6                                         Ray Zado (Bar No. 208501)
                                          Anna T. Neill (Bar No. 270858)
7                                         555 Twin Dolphin Drive, 5th Floor
                                          Redwood Shores, California 94065-2139
8                                         Telephone:    (650) 801-5000
                                          Facsimile:    (650) 801-5100
9
                                       Attorneys for MIASOLÉ
10
11 DATED: June 24, 2011                GOLDSTEIN & VOWELL, LLP
12
                                       By  /s/ *Califf Cooper*
13
                                           Edward W. Goldstein (TX Bar No. 08099500)
14                                         Alisa Lipski (TX Bar No. 24041345)
                                           Califf T. Cooper (TX Bar No. 24055345)
15                                       1177 West Loop South, Suite 400
                                         Houston, Texas 77027
16                                       Telephone: (713) 877-1515
                                         Facsimile: (713) 877-1737
17
                                       Attorneys for Plaintiff SOLANNEX, INC.
18
19
20
21 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
22
23 DATED: June 27 2011                 *[signature]*
24                                     Honorable Paul S. Grewal
25                                     United States District Judge
26
27
28

03996.51801/4218646.1
                                       -2-                 Case No. 11-CV-0171 (PSG)
                                       STIPULATION AND [PROPOSED] ORDER ENLARGING TIME

**ATTESTATION**

I hereby attest pursuant to General Order 45.X.B that concurrence in the electronic filing of this document has been obtained from the signatories.

Dated:  June 24, 2011                                         */s/ Anna T. Neill*_____
                                                                               Anna T. Neill

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated: June 24, 2011          /s/ Anna T. Neill
                                                    Anna T. Neill