Michael E. Dergosits (State Bar No. 118206)
Igor Shoiket (State Bar No. 190066)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone:      (415) 705-6377
Facsimile:      (415) 750-6383
Email: mdergosits@dergnoah.com
Email: ishoiket@dergnoah.com

Edward W. Goldstein (TX Bar No. 08099500)
Alisa Lipski (TX Bar No. 24041345)
Califf T. Cooper (TX Bar No. 24055345)
GOLDSTEIN & VOWELL, LLP
1177 West Loop South, Suite 400
Houston, Texas 77027
Telephone: (713) 877-1515
Facsimile:  (713) 877-1737
Email: egoldstein@gviplaw.com
Email: alipski@gviplaw.com
Email: ccooper@gviplaw.com

Attorneys for Plaintiff
SOLANNEX, INC.

Claude M. Stern (Bar No. 96737)
Ray Zado (Bar No. 208501)
Anna T. Neill (Bar No. 270858)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email: rayzado@quinnemanuel.com
Email: annaneill@quinnemanuel.com

Attorneys for Defendant and Counterclaim
Plaintiff MIASOLÉ, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLANNEX, INC.,<br><br>             Plaintiff,<br><br>      vs.<br><br>MIASOLÉ<br><br>             Defendant. | CASE NO. 11-CV-0171 (PSG)<br><br>**STIPULATION AND [**XXXXXXXXX**]**<br>**ORDER ENLARGING TIME FOR**<br>**CERTAIN CLAIM CONSTRUCTION**<br>**DEADLINES**<br><br>[Civil L.R. 6-1, 6-2]<br><br>Honorable Paul S. Grewal<br>United States District Judge |

03996.51801/4239913.1

Case No. 11-CV-0171 (PSG)
STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR MIASOLÉ'S
INVALIDITY CONTENTIONS AND CERTAIN CLAIM CONSTRUCTION DEADLINES

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Solannex, Inc. ("Solannex") and Defendant MiaSolé respectfully request that the Court enter the following stipulation regarding the schedule set forth in the May 15, 2011 Amended Case Management Order (Dkt. 57) for Plaintiff's Infringement Contentions and Defendant's Invalidity Contentions and the Order Enlarging Time for Patent L.R. 3-3 and 3-4 Disclosures (Dkt. 69). The parties now AGREE AND STIPULATE to extend the following deadlines:

| Event | Previous Deadline | Proposed Deadline |
| --- | --- | --- |
| Last Day for Defendant's Invalidity Contentions (Patent L.R. 3-3) and Related Document Production (Patent L.R. 3-4) | July 11, 2011 | August 11, 2011 |
| Last Day for the Exchange of Proposed Terms and Claim Elements for Construction (Patent L.R. 4-1(a)) | July 8, 2011 | July 27, 2011 |
| Last Day for Exchange of Preliminary Proposed Claim Construction and Extrinsic Evidence (Patent L.R. 4-2) | July 15, 2011 | August 16, 2011 |
| File Joint Claim Construction Statement (Patent L.R. 4-3) – limited to 10 terms unless leave of court granted | July 22, 2011 | August 25, 2011 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | August 22, 2011 | August 18, 2011 |

1. Reason for the Request

On June 10, 2011, MiaSolé sent a letter to Solannex requesting that Solannex supplement its Infringement Contentions (Patent L.R. 3-1, 3-2). Specifically, MiaSolé requested that Solannex provide greater specificity regarding how Solannex contends that the MiaSolé device allegedly meets certain limitations of the patents-in-suit. Solannex agreed to provide the requested supplementation to add such level of detail to its contentions, and indicated that it would serve such supplemental contentions on MiaSolé on Monday, June 27, 2011.

On June 27, 2011, Solannex supplemented its Infringement Contentions (Patent L.R. 3-1, 3-2). Specifically, Solannex (i) provided greater specificity regarding how Solannex contends that the MiaSolé device allegedly meets certain limitations of the patents-in-suit, and (ii) amended its

1  alleged priority date for U.S. Patent No. 7,868,249.  On July 5, 2011, the parties met and conferred
2  regarding both the impact of Solannex's amendment to its alleged priority date on MiaSolé's
3  Patent L.R. 3-3 and 3-4 disclosures, and also discussed the schedule for subsequent claim
4  construction events (as referenced in Dkt. No. 69).

5        To provide MiaSolé the necessary time to review Solannex's supplemental infringement
6  contentions and prepare its Invalidity Contentions in view of the revisions to the infringement
7  contentions, the parties agreed to provide Miasolé until August 11, 2011 to submit its Invalidity
8  Contentions.  The parties further agreed to modify the subsequent Patent L.R. 4-1 to 4-4 dates to
9  provide for a more reasonable and efficient schedule.

10        <u>2. Prior Time Modifications</u>

11        The time for MiaSolé to answer or otherwise respond to the Complaint was previously
12  extended by 30 days.  The Initial Status Conference was previously extended by 15 days from
13  February 28 to March 15.  Solannex was allowed to supplement its May 10, 2011 infringement
14  contentions 48 days later, on June 27, 2011.  MiaSolé's invalidity contention deadline was
15  previously extended by 17 days from June 24, 2011 to July 11, 2011

16        <u>3. Effect of Requested Modification</u>

17        These extensions currently under discussion will have no effect on the dates for claim
18  construction briefing or any subsequent deadlines in this case.

19        So Stipulated.

20
21
22
23
24
25
26
27
28

03996.51801/4239913.1

-2-   Case No. 11-CV-0171 (PSG)
STIPULATION AND [PROPOSED] ORDER ENLARGING TIME
FOR MIASOLÉ'S INVALIDITY CONTENTIONS

| | | |
|---|---|---|
| 1 | DATED: July 11, 2011 | GOLDSTEIN & VOWELL, LLP |
| 2 | | |
| 3 | | By  /s/ *Califf Cooper* |
| 4 | | Edward W. Goldstein (TX Bar No. 08099500) |
| 5 | | Alisa Lipski (TX Bar No. 24041345) |
| | | Califf T. Cooper (TX Bar No. 24055345) |
| 6 | | 1177 West Loop South, Suite 400 |
| | | Houston, Texas 77027 |
| 7 | | Telephone: (713) 877-1515 |
| | | Facsimile: (713) 877-1737 |
| 8 | | Attorneys for Plaintiff SOLANNEX, INC. |
| 9 | | |
| 10 | DATED: July 11, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 11 | | |
| 12 | | By  /s/ *Ray Zado* |
| 13 | | Claude M. Stern (Bar No. 96737) |
| 14 | | Ray Zado (Bar No. 208501) |
| | | Anna T. Neill (Bar No. 270858) |
| 15 | | 555 Twin Dolphin Drive, 5th Floor |
| | | Redwood Shores, California  94065-2139 |
| 16 | | Telephone:    (650) 801-5000 |
| | | Facsimile:     (650) 801-5100 |
| 17 | | Attorneys for MIASOLÉ |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 12, 2011

*[signature]*

Honorable Paul S. Grewal

United States District Judge

1 **ATTESTATION**

2     I hereby attest pursuant to General Order 45.X.B that concurrence in the electronic filing of

3 this document has been obtained from the signatories.

4 Dated:  July 11, 2011             */s/ Califf T. Cooper*
                                              Califf T. Cooper

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

03996.51801/4239913.1

-1-     Case No. 11-CV-0171 (PSG)
STIPULATION AND [PROPOSED] ORDER ENLARGING TIME
FOR MIASOLÉ'S INVALIDITY CONTENTIONS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated: July 11, 2011            */s/ Califf T. Cooper*
                                        Califf T. Cooper