1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

| | | |
|---|---|---|
| 12 | SOLANNEX, INC., | )  Case No. 11-cv-00171 PSG |
| 13 | Plaintiff, | )  [ XXXXXXXXXXXXX |
| 14 | | )  **ORDER ON SOLANNEX, INC.'S NOTICE** |
| 15 | v. | )  **OF SUBSTITUTION OF COUNSEL** |
| 16 | MIASOLÉ, INC., | ) |
| 17 | Defendant. | ) |

18

19        IT IS HEREBY ORDERED that attorneys Gregory S. Tamkin and Case Collard of the law

20  firm Dorsey & Whitney LLP, 1400 Wewatta Street, Suite 400, Denver, Colorado 80202, telephone

21  (303) 629-3400, facsimile (303) 629-3450, shall be substituted in place of attorneys Edward W.

22  Goldstein, Corby R. Vowell, Alisa Lipski, and Califf T. Cooper of Goldstein & Vowell LLP and

23  attorneys Michael E. Dergosits and Igor Shoiket of Dergosits & Noah LLP as the attorneys of

24  record in this action for Plaintiff Solannex, Inc.

25  Dated:      July 26, 2011

26

27                    _Paul S. Grewal_
                     PAUL S. GREWAL

28                     United States Magistrate Judge