| | |
|---|---|
| GREGORY S. TAMKIN (State Bar No. 175009) | Claude M. Stern (State Bar No. 96737) |
| CASE COLLARD (State Bar No. 245834) | Ray Zado (State Bar No. 208501) |
| DORSEY & WHITNEY LLP | Anna T. Neill (State Bar No. 270858) |
| 1400 Wewatta Street, Suite 400 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Denver, CO 80202-5549 | 555 Twin Dolphin Drive, 5th Floor |
| Telephone: (303) 629-3400 | Redwood Shores, California 94065-2139 |
| Facsimile:  (303) 629-3450 | Telephone: (650) 801-5000 |
| Email: tamkin.greg@dorsey.com | Facsimile:  (650) 801-5100 |
| Email: collard.case@dorsey.com | Email: claudestern@quinnemanuel.com |
| *Attorneys for Plaintiff Solannex, Inc.* | Email: rayzado@quinnemanuel.com |
| | Email: annaneill@quinnemanuel.com |
| | *Attorneys for Defendant MiaSolé, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLANNEX, INC., | Case No. 11-cv-00171 PSG |
| Plaintiff, | **STIPULATION ENLARGING TIME FOR CERTAIN CLAIM CONSTRUCTION DEADLINES;** |
| v. | **ORDER THEREON** |
| MIASOLÉ, INC., | |
| Defendant. | |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Solannex, Inc. ("Solannex") and Defendant MiaSolé, Inc. ("MiaSolé ") respectfully request that the Court enter the following stipulation regarding the schedule set forth in the May 15, 2011 Amended Case Management Order (Docket No. 57), as modified by the July 13, 2011, Stipulation and Order Enlarging Time for Certain Claim Construction Deadlines (Docket No. 72).  The parties now AGREE AND STIPULATE to extend the following deadlines:

| Event | Previous Deadline | Proposed Deadline |
|---|---|---|
| Last Day for the Exchange of Preliminary Proposed Claim Construction and Extrinsic Evidence (Patent L.R. 4-2) | August 16, 2011 [Docket No. 72] | September 19, 2011 |
| File Joint Claim Construction Statement (Patent L.R. 4-3) – limited to 10 terms unless leave of court granted | August 25, 2011 [Docket No. 72] | October 10, 2011 |

| Event | Previous Deadline | Proposed Deadline |
|---|---|---|
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | August 18, 2011 [Docket No. 72] | November 9, 2011 |
| Last Day for Plaintiff's Opening Claim Construction Brief (Patent L.R. 4-5(a)) | August 29, 2011 [Docket No. 57] | November 22, 2011 |
| Last Day for Defendant's Opposing Claim Construction Brief (Patent L.R. 4-5(b)) | September 13, 2011 [Docket No. 57] | December 12, 2011 |
| Last Day for Plaintiff's Reply Claim Construction Brief (Patent L.R. 4-5) | September 20, 2011 [Docket No. 57] | December 19, 2011 |
| Tutorial and Claims Construction Hearing | October 4, 2011 [Docket No. 57] | To be set by the Court; earliest possible date of January 12, 2012 |

1.     Reason for the Request

Current counsel for Solannex recently substituted into this case on July 25, 2011 (Docket No. 73). The same day, the parties agreed to extend the exchange of proposed terms for construction by two days, from July 27, 2011 to July 29, 2011, to ensure that all parties were able to meet the deadline (Docket No. 74). Now that current counsel for Solannex and counsel for MiaSolé have reviewed the current schedule, they agree that it does not allow adequate time for review of the proposed claim terms in light of MiaSolé's recently served infringement contentions nor does it allow adequate time for claim construction discovery.

In an effort to more closely conform the schedule with the order and pace of events originally set out by the Court (Docket No. 57), the parties request the above amendment to Case Management Order.

2.     Prior Time Modifications

The time for MiaSolé to answer or otherwise respond to the Complaint was previously extended by 30 days. The Initial Status Conference was previously extended 15 days, from February 28 to March 15, 2011. Solannex was allowed to supplement its May 10, 2011 infringement contentions 48 days later, on June 27, 2011. MiaSolé's invalidity contention deadline was previously extended by 17 days from June 24, 2011 to July 11, 2011, and further extended 31 days to August 11, 2011. The deadline for exchange of proposed terms and claim elements for

1  construction was extended 19 days, from July 8 to July 27, 2011, and further extended 2 days to
2  July 29, 2011.  The deadline for exchange of preliminary proposed claim construction and extrinsic
3  evidence was extended 32 days, from July 15 to August 16, 2011.  The deadline to file the Joint
4  Claim Construction Statement was extended 34 days, from July 22 to August 25, 2011.  The
5  deadline for completion of claim construction discovery was shortened 4 days, from August 22 to
6  August 18, 2011.

3.     Effect of Requested Modification

Depending on the date the Court sets for the Tutorial and Claims Construction hearing and the date of the Court's subsequent Claim Construction order, it is likely that the close of fact discovery (February 3, 2012), opening expert reports (February 10, 2012), and the subsequent dates will need to be adjusted.  Once the Court sets the date of the Claims Construction hearing, the parties will endeavor to stipulate to a modified Case Management Order that takes into account the new dates.

So Stipulated.

I, Gregory S. Tamkin, attest that concurrence in the filing of this document has been obtained from each of the other signatories below.

Dated this 16th day of August, 2011.

| /s/ Gregory S. Tamkin | /s/ Ray Zado |
|---|---|
| Gregory S. Tamkin | Claude M. Stern |
| Case Collard | Ray Zado |
| DORSEY & WHITNEY, LLP | Anna T. Neill |
| Email: tamkin.greg@dorsey.com | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Email: collard.case@dorsey.com | 555 Twin Dolphin Drive, 5th Floor |
| 1400 Wewatta Street, Suite 400 | Redwood Shores, California 94065-2139 |
| Denver, CO 80202-5549 | Telephone: (650) 801-5000 |
| Telephone: (303) 629-3400 | Facsimile:  (650) 801-5100 |
| Facsimile:  (303) 629-3450 | ***Attorneys for Defendant MiaSolé, Inc.*** |
| ***Attorneys for Plaintiff Solannex, Inc.*** | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:  August  19 , 2011

                                    *[signature]*
                                    Honorable Paul S. Grewal
                                    United States District Judge

**CERTIFICATE OF SERVICE**

On August 16, 2011, I caused the foregoing document, titled STIPULATION ENLARGING TIME FOR CERTAIN CLAIM CONSTRUCTION DEADLINES; PROPOSED ORDER THEREON, to be electronically filed with the court, which will cause a Notice of Electronic Filing to be automatically generated by the court's electronic filing system and sent to all parties in this case. Pursuant to General Order No. 45, Sections II.G. and IX, the Notice of Electronic Filing when e-mailed to the email addresses of record for counsel in the case constitutes service on the receiving parties.

*/s/ Gregory S. Tamkin*
Gregory S. Tamkin