UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLANNEX, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MIASOLE, INC.,<br><br>　　　　　　Defendant.<br>_____ | Case No.: C 11-00171 PSG<br><br>**SECOND AMENDED CASE MANAGEMENT ORDER** |

On August 19, 2011, the court granted the parties' stipulation and proposed order to enlarge time for certain claim construction deadlines. Based on the parties' joint case management statement the discussions held at the case management conference and the parties' stipulation,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the joint case management statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is August 1, 2011.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

IT IS FURTHER ORDERED that the parties shall participate in private mediation.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| | |
|---|---|
| Last Day for Rule 26(f) Conference | April 5, 2011 |
| Last day for Rule 26(a) Initial Disclosures | April 19, 2011 |
| Initial Case Management Conference | May 3, 2011 |
| Last Day for Plaintiff's Disclosure of Asserted Claims and Infringement Contentions (Patent L.R. 3-1) and Related Documents (Patent L.R. 3-2) | May 10, 2011 |
| Last Day for Defendant's Invalidity Contentions (Patent L.R. 3-3) and Related Document Production (Patent L.R. 3-4) | June 24, 2011 |
| Last Day for the Exchange of Proposed Terms and Claim Elements for Construction (Patent L.R. 4-1(a)) | July 8, 2011 |
| Last Day for the Exchange of Preliminary Proposed Claim Construction and Extrinsic Evidence (Patent L.R. 4-2) | September 19, 2011 |
| File Joint Claim Construction Statement (Patent L.R. 4-3)– limited to 10 terms unless leave of court granted | October 10, 2011 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | November 9, 2011 |
| Last Day for Plaintiff's Opening Claim Construction Brief (Patent L.R. 4-5(a)) | Nov. 22, 2011 |
| Last Day for Defendant's Opposing Claim Construction Brief (Patent L.R. 4-5(b)) | Dec. 12, 2011 |
| Last Day for Plaintiff's Reply Claim Construction Brief (Patent L.R. 4-5()) | Dec. 19, 2011 |
| Tutorial and Claims Construction Hearing | Jan. 17, 2012 |
| Further Joint Case Management Report | within 30 days of claim construction ruling |
| Advice of Counsel Disclosure | 50 days after claim construction ruling |
| Fact Discovery Cutoff | May 4, 2012 |
| Designation of Opening Experts with Reports | May 11, 2012 |
| Designation of Rebuttal Experts with Reports | May 25, 2012 |
| Expert Discovery Cutoff | June 8, 2012 |
| Deadline(s) for Filing Discovery Motions | *See* Civil Local Rule 37-3 |
| Last Day for Dispositive Motion Hearing[1] | 10:00 a.m. on July 10, 2012 |
| Final Pretrial Conference | 2:00 p.m. on August 14, 2012 |

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

| | |
|---|---|
| 1 | Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on Aug. 27, 2012 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: August 19, 2011

/s/ Paul S. Grewal
PAUL S. GREWAL
United States Magistrate Judge

---

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

ORDER, *page 3*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28