Gregory S. Tamkin (State Bar No. 175009)
Case Collard (State Bar No. 245834)
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202-5549
Telephone: (303) 629-3400
Facsimile: (303) 629-3450
Email: tamkin.greg@dorsey.com
Email: collard.case@dorsey.com

Attorneys for Plaintiff
SOLANNEX, INC.

Claude M. Stern (Bar No. 96737)
Ray Zado (Bar No. 208501)
Anna T. Neill (Bar No. 270858)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email: rayzado@quinnemanuel.com
Email: annaneill@quinnemanuel.com

Attorneys for Defendant and Counterclaim
Plaintiff MIASOLÉ, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLANNEX, INC.,<br><br>             Plaintiff,<br><br>    vs.<br><br>MIASOLÉ<br><br>             Defendant. | CASE NO. 11-CV-0171 (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR PATENT L.R. 4-2 EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE**<br><br>[Civil L.R. 6-1, 6-2]<br><br>Honorable Paul S. Grewal<br>United States ~~District Judge~~ O ci kntcyg'Lwf i g |

03996.51801/4239913.1

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Solannex, Inc. ("Solannex") and Defendant MiaSolé respectfully request that the Court enter the stipulation Enlarging Time for Patent L.R. 4-2 Exchange of Preliminary Claim Constructions and Extrinsic Evidence. The parties AGREE AND STIPULATE to extend the deadline for such exchange from Monday, September 19, 2011 until Wednesday, September 21, 2011.

1. Reason for the Request

The parties are currently negotiating a reduction in the number of disputed claim terms and hope to reach agreement on these terms soon. Therefore, in order to simplify the claim construction process, the parties have agreed to extend the deadline for the exchange of preliminary claim constructions by two days.

2. Prior Time Modifications

The time for MiaSolé to answer or otherwise respond to the Complaint was previously extended by 30 days. The Initial Status Conference was previously extended by 15 days from February 28 to March 15. Solannex was allowed to supplement its May 10, 2011 infringement contentions 48 days later, on June 27, 2011. MiaSolé's invalidity contention deadline was previously extended by 17 days from June 24, 2011 to July 11, 2011. On August 19, 2011, pursuant to a stipulated scheduled agreed to by the parties, the Court entered a Second Amended Case Management Order that, *inter alia*, extended the claim construction deadlines such that the claim construction hearing was extended by approximately three and one half months. The subsequent dates were also extended such that the trial date was extended by approximately two and one half months.

3. Effect of Requested Modification

These extension currently under discussion will have no effect on the dates for claim construction briefing or any subsequent deadlines in this case.

So Stipulated.

03996.51801/4239913.1

-1-   Case No. 11-CV-0171 (PSG)
STIPULATION AND [PROPOSED] ORDER ENLARGING TIME
FOR PATENT L.R. 4-2 EXCHANGE OF PRELIMINARY CONSTRUCTIONS

1  DATED: September 19, 2011         DORSEY & WHITNEY LLP

2

3                                    By   /s/ *Case Collard*

4                                        Gregory S. Tamkin (State Bar No. 175009)
                                         Case Collard (State Bar No. 245834)
5                                        1400 Wewatta Street, Suite 400
                                         Denver, CO 80202-5549
6                                        Telephone: (303) 629-3400
                                         Facsimile: (303) 629-3450
7

8                                        Attorneys for Plaintiff SOLANNEX, INC.

9
    DATED: September 19, 2011         QUINN EMANUEL URQUHART &
10                                    SULLIVAN, LLP

11

12                                    By   /s/ *Anna T. Neill*

13                                       Claude M. Stern (Bar No. 96737)
                                         Ray Zado (Bar No. 208501)
14                                       Anna T. Neill (Bar No. 270858)
                                         555 Twin Dolphin Drive, 5th Floor
15                                       Redwood Shores, California 94065-2139
                                         Telephone:   (650) 801-5000
16                                       Facsimile:   (650) 801-5100

17                                       Attorneys for MIASOLÉ

18

19

20  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22  DATED: September 44, 2011         [signature: Paul S. Grewal]

23                                       Honorable Paul S. Grewal
                                         United States District Judge
24

25

26

27

28

03996.51801/4239913.1

-2-                            Case No. 11-CV-0171 (PSG)
STIPULATION AND [PROPOSED] ORDER ENLARGING TIME
FOR PATENT L.R. 4-2 EXCHANGE OF PRELIMINARY CONSTRUCTIONS

**ATTESTATION**

I hereby attest pursuant to General Order 45.X.B that concurrence in the electronic filing of this document has been obtained from the signatories.

Dated:  September 19, 2011          */s/ Anna T. Neill*_____
                                                    Anna T. Neill

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated:  September 19, 2011                            */s/ Anna T. Neill*_____
                                                                            Anna T. Neill

03996.51801/4239913.1

-1-   Case No. 11-CV-0171 (PSG)
STIPULATION AND [PROPOSED] ORDER ENLARGING TIME
FOR PATENT L.R. 4-2 EXCHANGE OF PRELIMINARY CONSTRUCTIONS