| | |
|---|---|
| Gregory S. Tamkin (State Bar No. 175009) <br> Case Collard (State Bar No. 245834) <br> DORSEY & WHITNEY LLP <br> 1400 Wewatta Street, Suite 400 <br> Denver, CO 80202-5549 <br> Telephone: (303) 629-3400 <br> Facsimile: (303) 629-3450 <br> Email: tamkin.greg@dorsey.com <br> Email: collard.case@dorsey.com <br><br> Attorneys for Plaintiff <br> SOLANNEX, INC. | Claude M. Stern (Bar No. 96737) <br> Ray Zado (Bar No. 208501) <br> Anna T. Neill (Bar No. 270858) <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 555 Twin Dolphin Drive, 5th Floor <br> Redwood Shores, California 94065-2139 <br> Telephone: (650) 801-5000 <br> Facsimile: (650) 801-5100 <br> Email: claudestern@quinnemanuel.com <br> Email: rayzado@quinnemanuel.com <br> Email: annaneill@quinnemanuel.com <br><br> Attorneys for Defendant and Counterclaim Plaintiff MIASOLÉ, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLANNEX, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MIASOLÉ <br><br> Defendant. | CASE NO. 11-CV-0171 (PSG) <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER ENLARGING TIME FOR PATENT L.R. 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** <br><br> [Civil L.R. 6-1, 6-2] <br><br> Honorable Paul S. Grewal <br> United States District Judge |

03996.51801/4387041.1

Case No. 11-CV-0171 (PSG)
STIPULATION AND [PROPOSED] ORDER ENLARGING TIME
FOR PATENT L.R. 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Solannex, Inc. ("Solannex") and Defendant MiaSolé respectfully request that the Court enter the stipulation Enlarging Time for the filing of the Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement. The parties AGREE AND STIPULATE to extend the deadline for such exchange from Monday, October 10, 2011 until Wednesday, October 12, 2011.

### 1. Reason for the Request

The parties are continuing to negotiate in a an attempt to limit the claim terms in dispute and hope to reach agreement on these terms soon. Therefore, in order to simplify the claim construction process, the parties have agreed to extend the deadline for the exchange of preliminary claim constructions by one court day. Because the initially scheduled due date falls on a court holiday, October 10, 2011, a one-day extension of the filing date results in a due date of October 12, 2011.

### 2. Prior Time Modifications

The time for MiaSolé to answer or otherwise respond to the Complaint was previously extended by 30 days. The Initial Status Conference was previously extended by 15 days from February 28 to March 15. Solannex was allowed to supplement its May 10, 2011 infringement contentions 48 days later, on June 27, 2011. MiaSolé's invalidity contention deadline was previously extended by 17 days from June 24, 2011 to July 11, 2011. On August 19, 2011, pursuant to a stipulated scheduled agreed to by the parties, the Court entered a Second Amended Case Management Order that, *inter alia*, extended the claim construction deadlines such that the claim construction hearing was extended by approximately three and one half months. The subsequent dates were also extended such that the trial date was extended by approximately two and one half months. The parties stipulated and the court granted a two-day extension for the Patent L.R. 4-2 Exchange of Preliminary Claim Constructions from September 19, 2011 to September 21, 2011.

03996.51801/4387041.1

-1-   Case No. 11-CV-0171 (PSG)
STIPULATION AND [PROPOSED] ORDER ENLARGING TIME
FOR PATENT L.R. 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

3. Effect of Requested Modification

These extension currently under discussion will have no effect on the dates for claim construction briefing or any subsequent deadlines in this case.

So Stipulated.

DATED: October 7, 2011                    DORSEY & WHITNEY LLP

By  /s/ ¨Case Collard
    Gregory S. Tamkin (State Bar No. 175009)
    Case Collard (State Bar No. 245834)
    1400 Wewatta Street, Suite 400
    Denver, CO 80202-5549
    Telephone: (303) 629-3400
    Facsimile: (303) 629-3450

    Attorneys for Plaintiff SOLANNEX, INC.

DATED: October 7, 2011                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Ray Zado

    Claude M. Stern (Bar No. 96737)
    Ray Zado (Bar No. 208501)
    Anna T. Neill (Bar No. 270858)
    555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California 94065-2139
    Telephone:  (650) 801-5000
    Facsimile:  (650) 801-5100

    Attorneys for MIASOLÉ

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 11, 2011                   _____
                                              Honorable Paul S. Grewal
                                              United States District Judge

**ATTESTATION**

I hereby attest pursuant to General Order 45.X.B that concurrence in the electronic filing of this document has been obtained from the signatories.

Dated:  October 7, 2011                             */s/ Anna T. Neill*
                                                                    Anna T. Neill

03996.51801/4387041.1

-1-   Case No. 11-CV-0171 (PSG)
STIPULATION AND [PROPOSED] ORDER ENLARGING TIME
FOR PATENT L.R. 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated:  October 7, 2011                                  */s/ Anna T. Neill*
                                                                                    Anna T. Neill

03996.51801/4387041.1

-1-                                            Case No. 11-CV-0171 (PSG)
STIPULATION AND [PROPOSED] ORDER ENLARGING TIME
FOR PATENT L.R. 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT