| | |
|---|---|
| Gregory S. Tamkin (State Bar No. 175009) | Claude M. Stern (State Bar No. 96737) |
| Case Collard (State Bar No. 245834) | Ray Zado (State Bar No. 208501) |
| DORSEY & WHITNEY LLP | Anna T. Neill (State Bar No. 270858) |
| 1400 Wewatta Street, Suite 400 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Denver, CO 80202-5549 | 555 Twin Dolphin Drive, 5th Floor |
| Telephone: (303) 629-3400 | Redwood Shores, California 94065-2139 |
| Facsimile: (303) 629-3450 | Telephone: (650) 801-5000 |
| Email: tamkin.greg@dorsey.com | Facsimile: (650) 801-5100 |
| Email: collard.case@dorsey.com | Email: claudestern@quinnemanuel.com |
| *Attorneys for Plaintiff Solannex, Inc.* | Email: rayzado@quinnemanuel.com |
| | Email: annaneill@quinnemanuel.com |
| | *Attorneys for Defendant MiaSolé, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLANNEX, INC.,<br><br>           Plaintiff,<br><br>    v.<br><br>MIASOLÉ, INC.,<br><br>           Defendant. | Case No. 11-cv-00171 PSG<br><br>ORDER GRANTING **STIPULATED MOTION FOR AMENDED CASE MANAGEMENT ORDER**<br><br>United States Magistrate Judge Paul S. Grewal |

Counsel for Plaintiff Solannex, Inc. ("Solannex") has a personal conflict with the current trial date and has conferred with Defendant MiaSolé, Inc. ("MiaSolé, Inc.") regarding an amendment to the Case Management Order to extend the trial date. The parties ultimately agreed to the dates as listed below.

Solannex initially sought a five week extension, but counsel for MiaSolé was not available at that time. MiaSolé indicate a 14 week delay with a trial date of December 3, 2012 would be acceptable; Solannex agreed.[1]

---

[1] MiaSolé wishes to emphasize that—as discussed in its Response to Administrative Motion to Consider Whether Cases Should Be Related (E.C.F. No. 109)—it intends to move for the Court to consolidate or coordinate this case with the recently filed 12-cv-00832-PSG case (between the same parties on related patents and the same technology). Should the consolidation or coordination be ordered MiaSolé would request that the trial on both cases be either the same (if there is consolidation) or coordinated, and likely rescheduled to some time in late 2013 (to accommodate compliance with local patent rules, including time for a new Markman proceeding and discovery in the more recently filed case). Nothing in this stipulation prejudices MiaSolé's arguments or positions regarding consolidation or a further delay of trial in this case.

By and through their respective undersigned counsel, the parties hereby move the Court for an Amended Case Management Order modifying the schedule set forth in the Court's Second Amended Case Management Order (ECF No. 79, filed August 19, 2011) as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Further Joint Case Management Report | within 30 days of claim construction ruling | within 30 days of claim construction ruling |
| Advice of Counsel Disclosure | 50 days after claim construction ruling | 50 days after claim construction ruling |
| Fact Discovery Cutoff | May 4, 2012 | July 13, 2012 |
| Designation of Opening Experts with Reports | May 11, 2012 | July 27, 2012 |
| Designation of Rebuttal Experts with Reports | May 25, 2012 | August 17, 2012 |
| Expert Discovery Cutoff | June 8, 2012 | August 31, 2012 |
| Deadline(s) for Filing Discovery Motions | *See* Civil Local Rule 37-3 | *See* Civil Local Rule 37-3 |
| Deadline for Filing and Serving Dispositive Motions | *See* Civil Local Rule 7-2 | September 14, 2012 |
| Last Day for Dispositive Motion Hearing | 10:00 a.m. on July 10, 2012 | 10:00 A.M. on November 6, 2012 |
| Final Pretrial Conference | 2:00 p.m. on August 14, 2012 | 2:00 P.M. on November 27, 2012 |
| Trial | 9:30 a.m. on Aug. 27, 2012 | 9:00 A.M. December 3, 2012 |

Dated April 2, 2012

    I, Case Collard, attest that concurrence in the filing of this document has been obtained from the other signatory below.

| | |
|---|---|
| /s/ Case Collard | /s/ Ray Zado |
| Gregory S. Tamkin | Claude M. Stern |
| Case Collard | Ray Zado |
| DORSEY & WHITNEY, LLP | Anna T. Neill |
| Email: tamkin.greg@dorsey.com | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Email: collard.case@dorsey.com | 555 Twin Dolphin Drive, 5th Floor |
| 1400 Wewatta Street, Suite 400 | Redwood Shores, California 94065-2139 |
| Denver, CO 80202-5549 | Telephone: (650) 801-5000 |
| Telephone: (303) 629-3400 | Facsimile:  (650) 801-5100 |
| Facsimile:  (303) 629-3450 | ***Attorneys for Defendant MiaSolé, Inc.*** |
| ***Attorneys for Plaintiff Solannex, Inc.*** | |

IT IS SO ORDERED.

4/3/2012

_____
U.S. Magistrate Judge

## CERTIFICATE OF SERVICE

On April 2, 2012, I caused the foregoing document, titled STIPULATED MOTION FOR AMENDED CASE MANAGEMENT ORDER, to be electronically filed with the court, which will cause a Notice of Electronic Filing to be automatically generated by the court's electronic filing system and sent to all parties in this case.  Pursuant to General Order No. 45, Sections II.G. and IX, the Notice of Electronic Filing when e-mailed to the email addresses of record for counsel in the case constitutes service on the receiving parties.

                                                */s/ Case Collard*
                                                Case Collard