UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLANNEX, INC.,<br><br>            Plaintiff,<br>    v.<br><br>MIASOLE, INC.,<br><br>            Defendant. | Case No.: C 11-00171 PSG<br><br>**ORDER GRANTING-IN-PART DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL**<br><br>**(Re: Docket No. 37)** |

Defendant MiaSole, Inc. ("MiaSole") administratively moves to seal certain information and documents that Plaintiff Solannex, Inc. ("Solannex") has produced to it. During the course of the case, Solannex produced to MiaSole a settlement agreement from another case, *Solannex, Inc. v. Nanosolar, Inc.,* Case No. C 11-547 YGR and designated it as "Attorneys' Eyes Only." The settlement agreement contains business and financial terms that Solannex contends are highly sensitive and confidential to its business. MiaSole seeks to file the information and documents under seal in connection with a motion to compel. Having reviewed the papers and considered the arguments of counsel,

IT IS HEREBY ORDERED that MiaSole's administrative motion to seal is GRANTED-IN-PART.

1

Case No.: C 11-0171 PSG
ORDER

1  MiaSole may file under seal the specific portions of its motion, and particular exhibits, that Solannex has designated as privileged or otherwise protectable under the law.[1] MiaSole shall file redacted versions of the motion to compel and the exhibits on the electronic docket. Pursuant to Civ. L.R. 79-5(d), Solannex shall file and serve a declaration establishing that the designated information is sealable. Solannex must establish that "'good cause' exists to protect this information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality."[2]

**IT IS SO ORDERED.**

Dated: 7/31/2012

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Civ. L.R. 79-5(a).

[2] *Kamakana v. City and County of Honolulu,* 447 F.3d 1172, 1180 (9th Cir. 2006) (internal citations omitted).

2
Case No.: C 11-0171 PSG
ORDER