UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal

| | | |
|---|---|---|
| SOLANNEX, INC., | ) | Case No. 11-cv-00171 PSG |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] |
| | ) | **ORDER STAYING CASE THROUGH** |
| v. | ) | **OCTOBER 16, 2012** |
| | ) | |
| MIASOLÉ, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Court's order from the bench at the Status Conference held in this matter on September 14, 2012, this case is stayed through and including October 16, 2012. The parties will attend a status conference with the Court on October 9, 2012, at 2:00 p.m. The parties may participate in the status conference by telephone.

DATED this __24__ day of September, 2012.

*Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

---

ORDER STAYING CASE THROUGH OCTOBER 16, 2012
Case No. C 11-cv-00171 PSG