QUINN EMANUEL URQUHART & SULLIVAN, LLP
Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
Evette D. Pennypacker (Bar No. 203515)
evettepennypacker@quinnemanuel.com
Ray Zado (Bar No. 208501)
rayzado@quinnemanuel.com
555 Twin Dolphin Dr., 5th floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLANNEX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MIASOLÉ, INC., a California corporation,<br><br>Defendant. | CASE NO. 5:11-cv-00171-PSG<br>CASE NO. 5:12-cv-00832-PSG<br><br>**DECLARATION OF CLAUDE M. STERN IN SUPPORT OF QUINN EMANUEL URQUHART & SULLIVAN LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT MIASOLÉ, INC.**<br><br>Date:     December 4, 2012<br>Time:    10:00 a.m.<br>Judge:   Hon. Paul S. Grewal<br>Location: Courtroom 5 |

I, Claude M. Stern, declare as follows:

1. I am a member of the bar of the State of California and a member of Quinn Emanuel Urquhart & Sullivan LLP, attorneys for Defendant MiaSolé, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Quinn Emanuel seeks leave to withdraw as counsel of record for MiaSolé because MiaSolé's non-payment of attorneys' fees and associated costs and a breakdown of the attorney-client relationship have made it unreasonably difficult for Quinn Emanuel to continue to adequately and properly represent MiaSolé in this matter.

3. MiaSolé has not paid Quinn Emanuel for services rendered and the costs associated with those services for several months. During that time, Quinn Emanuel has acted on behalf of MiaSolé by seeking discovery from Plaintiff, responding to written discovery propounded by Plaintiff, conducting third party discovery (including multiple depositions), and engaging in settlement negotiations including a mediation, among other tasks that cannot be disclosed on privilege and work product grounds.

4. MiaSolé and Quinn Emanuel have had a breakdown in the attorney-client relationship that Quinn Emanuel can more fully explain to the Court *in camera* if requested by the Court. The circumstances have placed Quinn Emanuel in a position where it can no longer provide effective representation to MiaSolé.

5. On numerous occasions in the past two months (including multiple times over the last two weeks), I informed MiaSolé both orally and in writing that Quinn Emanuel would withdraw as counsel for MiaSolé and would seek leave of court to withdraw from this case (and would seek to do so on an expedited basis), and that MiaSolé needed to retain new counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed October 24, 2012, at Redwood Shores, California.

_____
Claude M. Stern

-2-   Case No. 5:11-cv-00171-PSG
Case No. 5:12-cv-00832-PSG

DECLARATION OF CLAUDE M. STERN ISO MOTION TO WITHDRAW