UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLANNEX, INC., <br><br> Plaintiff, <br><br> v. <br><br> MIASOLE, INC., <br><br> Defendant. | Case No.: C 11-00171 PSG <br><br> **FURTHER CASE MANAGEMENT ORDER** |

On October 9, 2012, the parties appeared for a status conference. Based on the discussions held at the case management conference,

IT IS HEREBY ORDERED that the following schedule applies:

Further Joint Case Management Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . December 14, 2012

Designation of Opening Experts with Reports . . . . . . . . . . . . . . . . . . . . . December 14, 2012

Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . . . . . December 28, 2012

Advice of Counsel Disclosure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .December 28, 2012

Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 7, 2013

Deadline(s) for Filing Discovery Motions . . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 37-3

Case No. C 11-00171 PSG
FURTHER CASE MANAGEMENT ORDER

| | |
|---|---|
| Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . . | 10:00 a.m. on February 19, 2013 |
| Final Pretrial Conference............................................................ | 2:00 p.m. on March 19, 2013 |
| Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9:30 a.m. on April 1, 2013 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: 11/16/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

Case No. C 11-00171 PSG
FURTHER CASE MANAGEMENT ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C 11-00171 PSG
FURTHER CASE MANAGEMENT ORDER