UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLANNEX, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>MIASOLÉ, INC., a California corporation,<br><br>　　　　　　　Defendant. | Case No.: CV 11-00171 PSG<br>Case No.: CV 12-00832 PSG<br><br>**ORDER DIRECTING CLERK OF COURT TO CONSOLIDATE ACTIONS** |
| SOLANNEX, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>MIASOLÉ, INC., a California corporation,<br><br>　　　　　　　Defendant. | |

On February 1, 2013, the court ordered the above-referenced cases to be consolidated into one action.[1]  Accordingly, the Clerk of Court shall consolidate these actions such that the earlier-filed action, C 11-00171, shall be the lead case.  All future filings shall be in C 11-00171.  In

---

[1] *See* Docket No. 73.

1

Case No.: C 11-00171 PSG
ORDER DIRECTING CLERK OF COURT TO CONSOLIDATE ACTIONS

addition, the Clerk shall administratively close C 12-00832.

**IT IS SO ORDERED.**

Dated: February 27, 2013

                            _____
                            PAUL S. GREWAL
                            United States Magistrate Judge

Case No.: C 11-00171 PSG
ORDER DIRECTING CLERK OF COURT TO CONSOLIDATE ACTIONS